# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HUNTER, | No. CV 06-3011 JSL (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| D.L. RUNNELS, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 1/21/10

*Spencer Letts*

J. SPENCER LETTS
United States District Judge